| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Mayne (SBN 343691)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333 | |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE<br><br>Plaintiff(s),<br>v.<br>COUNTY OF ORANGE and DOE 1<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE | Plaintiff |
| COUNTY OF ORANGE | Defendant |
| DOE 1 | Defendant |

| | |
|---|---|
| March 4, 2026 | /s/ Cooper Alison-Mayne |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff