

1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Mayne (SBN 343691)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5

6  *Attorneys for Plaintiffs*

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE and DOE 1,<br><br>Defendants. | Case No.:<br><br>**APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY ELISE TRANCKINO** |

1

# APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY TRANCKINO

Britany Tranckino is the plaintiff in the above-referenced case.

Britany Tranckino is permanently paraplegic as a result of the incident giving rise to this action, and suffers from schizophrenia.

Tracy Cole, who is not a plaintiff in this matter, is the mother of Britany Tranckino.

Tracy Cole has no interest potentially adverse to Britany Tranckino.

Tracy Cole is a responsible adult and fully competent to understand and protect the rights of Britany Tranckino. *See* Consent of Nominee to Appointment as Guardian ad Litem for Britany Tranckino, filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Tracy Cole as Guardian ad Litem for Britany Tranckino pursuant to Federal Rule of Civil Procedure 17(c)(2).

DATED: March 4, 2026        **LAW OFFICES OF DALE K. GALIPO**

/s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*