1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Mayne (SBN 343691)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5

6  *Attorneys for Plaintiff*

7

8              **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRITANY TRANCKINO, by and        Case No.:
    through her Guardian ad Litem,
12  TRACY COLE,                      **CONSENT OF NOMINEE TRACY
                                     COLE AS GUARDIAN AD LITEM
13              Plaintiff,           FOR PLAINTIFF BRITANY
                                     TRANCKINO**
14        vs.

15  COUNTY OF ORANGE and DOE 1,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                                1

1    **CONSENT OF NOMINEE TRACY COLE AS GUARDIAN**

2    **AD LITEM FOR PLAINTIFF BRITANY TRANCKINO**

3

4       I, Tracy Cole, the nominee and mother of plaintiff Britany Elise Tranckino,

5    who is a plaintiff in the above-referenced action, consent to act as guardian ad

6    litem for plaintiff Britany Tranckino in the above-referenced action.

7       I declare, under penalty of perjury and under the laws of the United States of

8    America, that the foregoing is true and correct.

9

10

11    Executed on ___3/4/2026___ in ___Dana point___, California.

12

13    By: _[signature: Tracy Cole] B7CAA09CDDC8469..._

14    Tracy Cole

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2