# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE and DOE 1,<br><br>Defendants. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY TRANCKINO** |

IT IS HEREBY ORDERED THAT the application of Tracy Cole for appointment as Guardian ad Litem for plaintiff Britany Elise Tranckino is granted.

IT IS SO ORDERED.

DATED: _____  By: _____

1