1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11
BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,

Case No.: 8:26-00509 ADS

12
Plaintiff,

**ORDER GRANTING APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY TRANCKINO**

13
14
vs.

15
COUNTY OF ORANGE and DOE 1,

16
Defendants.

17
18
19
20
21
22

IT IS HEREBY ORDERED THAT the application of Tracy Cole for

23
appointment as Guardian ad Litem for plaintiff Britany Elise Tranckino is granted.

24
IT IS SO ORDERED.

25
26
DATED: March 12, 2026

By: ___/s/ Autumn D. Spaeth_____

27
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

28

1