**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Britany Tranckino*





# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF ORANGE and DOE 1,<br><br>        Defendants. | Case No.: 8:26-cv-00509-JWH-JDE<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits her proof of service of the Complaint, Summons, and other documents on Defendant COUNTY OF ORANGE; (attached hereto as Exhibit "A").

DATED: March 31, 2026      **LAW OFFICES OF DALE K. GALIPO**


By:   /s/    *Cooper Alison-Mayne*
_____
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*



PROOF OF SERVICE OF SUMMONS AND COMPLAINT