# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Cooper Mayne (SBN 343691)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS dalekgalipo@yahoo.com; cmayne@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: BRIT ANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE<br>DEFENDANT/RESPONDENT: COUNTY OF ORANGE | CASE NUMBER:<br><br>8:26-cv-00509-ADS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2565894M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*

   **COUNTY OF ORANGE**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Patty Ramirez, Board Services Trainee, authorized person to accept service of process**

4. Address where the party was served: **400 West Civic Center Drive**
   **Santa Ana, CA 92701**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/23/2026** (2) at *(time):* **10:20 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2565894** |
|---|---|---|

Plaintiff: **BRITTANY TRANCKING, by and through her Guardian ad Litem, TRACY COLE**

Defendant: **COUNTY OF ORANGE**

CASE NUMBER:

**8:26-cv-00509-ADS**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify):*

    c. ☐ as occupant.

    d. ☑ On behalf of *(specify):* **COUNTY OF ORANGE**

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)

                                       ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**

    a. Name: **Joshua Burnett - Ace Attorney Service, Inc.**

    b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

    c. Telephone number: **(213) 623-3979**

    d. **The fee** for service was: **$ 141.96**

    e. I am:

      (1) ☐ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☑ registered California process server:

        (i) ☐ owner    ☑ employee    ☐ independent contractor.

        (ii) Registration No.: **6435**

        (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/30/2026**

    **Joshua Burnett**             ▶                               
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (Signature - Per CC §1633.7)

SHORT TITLE: BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE vs. COUNTY OF ORANGE

Case 8:26-cv-00509-JWH-JDE   Document 13-1   Filed 03/31/26   Page 4 of 4   Page ID #:63

CASE NUMBER: 8:26-cv-00509-ADS

ATTACHED LIST OF DOCUMENTS

CIVIL CASE COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY ELISE TRANCKINO

CONSENT OF NOMINEE TRACY COLE AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY TRANCKINO

NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT

ORDER GRANTING APPLICATION OF TRACY COLE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF BRITANY TRANCKINO

STANDING ORDER

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2565894