Shannon L. Gustafson (SBN228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN283471)
amargolies@lynberg.com
Ayako W. Peters (SBN312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W, Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>       Plaintiff,<br><br>    vs.<br><br>COUNTY OF ORANGE, and DOE 1,<br><br>       Defendants. | CASE NO: 8:26-cv-00509-JWH-JDE<br><br>*Assigned for All Purposes to:*<br>*Hon. John W. Holcomb*<br>*Magistrate Judge: John D, Early*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 23, 2026<br>Current response date: April 13, 2026<br>New response date: April 20, 2026<br><br>*Complaint filed: 3/04/26* |

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

This stipulation is being filed pursuant to Local Rule 8-3 to inform the Court of the extension of time granted for Defendant COUNTY OF ORANGE ("Defendant"), to respond to Plaintiff BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE's ("Plaintiff") Complaint.

Plaintiff served her Initial Complaint on Defendant COUNTY OF ORANGE on March 23, 2026. Therefore, Defendant's responsive pleading is due April 13, 2026 pursuant to Fed. R. Civ. P. 12(a)(1) and Fed. R. Civ. P. 6(a)(1). The parties have stipulated that Defendant County of Orange may have an extension up to and including April 20, 2026, to file a responsive pleading to Plaintiff's Initial Complaint (Dkt. 1). This extension is within the automatic thirty-day extension period permitted by Local Rule 8-3.

**IT IS SO STIPULATED.**

DATED: April 8, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: _/s/ Shannon L. Gustafson_
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**AYAKO W. PETERS**
Attorneys for Defendant, COUNTY OF ORANGE

DATED: April 8, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: _/s/ Cooper Mayne_
**DALE K. GALIPO**
**COOPER MAYNE**
Attorneys for Plaintiff, BRITANY TRANCKINO

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**