# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>            Plaintiff,<br><br>        vs.<br><br>COUNTY OF ORANGE, and DOE 1,<br><br>            Defendants. | Case No.: 8:26-cv-00509-JWH-JDE<br><br>*Assigned for All Purposes to:*<br>*Hon. John W. Holcomb*<br>*Magistrate Judge: John D, Early*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF ORANGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:        May 22, 2026<br>Time:        9:00 a.m.<br>Dept.:        9D<br><br>*Trial Date:    None*<br><br>*Complaint Filed:March 4, 2026* |

///

///

///

///

///

///

///

///

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF ORANGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# [PROPOSED] ORDER

Defendant COUNTY OF ORANGE'S ("Defendant") Motion to Dismiss Plaintiff BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE's ("Plaintiff") Complaint ("Motion") came on for hearing before this Court on May 22, 2026. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follow:

Defendant's Motion is GRANTED.

The Court hereby orders the following be dismissed from Plaintiff' Complaint:

1. Plaintiff's Third Claim for Relief for *Monell* – Unconstitutional Custom or Policy (42 U.S.C. § 1983) against Defendant County of Orange fails to state a claim upon which relief may be granted and is dismissed as to Defendant County of Orange. *See* Fed. R. Civ. P. 12(b)(6).

2. Plaintiff's Fourth Claim for Relief for *Monell* – Failure to Train (42 U.S.C. § 1983) against Defendant County of Orange fails to state a claim upon which relief may be granted and is dismissed as to Defendant County of Orange. *See* Fed. R. Civ. P. 12(b)(6).

3. Plaintiff's Fifth Claim for Relief for *Monell* – Ratification (42 U.S.C. § 1983) against Defendant County of Orange fails to state a claim upon which relief may be granted and is dismissed as to Defendant County of Orange. *See* Fed. R. Civ. P. 12(b)(6).

4. Plaintiff's Sixth Claim for Relief for Americans with Disabilities Act against Defendant County of Orange fails to state a claim upon which relief may be granted and is dismissed as to Defendant County of Orange. *See* Fed. R. Civ. P. 12(b)(6).

///

///

///

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF ORANGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**IT IS SO ORDERED.**

DATED:

_____
**HONORABLE JOHN W. HOLCOMB**
United States District Court Judge

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF ORANGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**