**EXHIBIT A:  SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

| Case No.: | 8:26-cv-00509-JWH-JDE | | |
|---|---|---|---|
| Case Name: | BRITANY TRANCKINO v. COUNTY OF ORANGE | | |
| Event | Plaintiff's Request month/day/year | Defendant's Request month/day/year | Court's Order |
| ☐ Jury Trial *or* ☐ Bench Trial **(Monday at 9:00 a.m.)** Length:___ days | 11/8/27 | agreed | |
| Final Pretrial Conference [L.R. 16] **(Friday—17 days before trial date)** | 10/22/27 | agreed | |
| Hearing on Motions *in Limine* **(Friday—7 days before Final PTC)** | 10/15/27 | agreed | |
| Last Date to Hear Non-Discovery Motions | 9/3/27 | agreed | |
| Last Date to Conduct Settlement Conference | 7/16/27 | agreed | |
| All Discovery Cut-Off (including hearing all discovery motions) | 8/20/27 | agreed | |
| Expert Disclosure (Rebuttal) | 8/6/27 | agreed | |
| Expert Disclosure (Initial) | 7/16/27 | agreed | |

ADR [L.R. 16-15] Settlement Choice:

    ☑ Attorney Settlement Officer Panel

    ☐ Private Mediation

    ☐ Magistrate Judge