**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>Defendants. | Case No.: 8:26-cv-00509-JWH-JDE<br>Honorable John W. Holcomb<br><br><br>**JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT TO NAME INDIVIDUAL OFFICER IN PLACE OF DOE DEFENDANT** |

## JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT TO NAME INDIVIDUAL OFFICER IN PLACE OF DOE DEFENDANT

Plaintiff BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE, and Defendant COUNTY OF ORANGE (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court approve the following:

1.    Plaintiff filed her Complaint on March 4, 2026, asserting claims under 42 U.S.C. § 1983 and California law arising from an officer-involved shooting. (ECF No. 1.) The Complaint names the County of Orange and a Doe defendant for the deputy who fired the shots.

2.    The County moved to dismiss the Complaint on April 20, 2026. (ECF No. 15.) Plaintiff opposed the motion on May 1, 2026 (ECF No. 17), and the County replied on May 8, 2026 (ECF No. 19). On May 19, 2026, the Court found the motion suitable for decision without oral argument, vacated the hearing, and took the motion under submission. (ECF No. 21.) The motion remains pending.

3.    The Parties conducted their Rule 26(f) conference on April 30, 2026, filed their Joint Rule 26(f) Report on May 8, 2026 (ECF No. 18), and exchanged initial disclosures on May 14, 2026. The Court has not yet issued a scheduling order, and it took the scheduling conference off calendar pending a separate order. (ECF No. 21.)

4.    Plaintiff has now learned the identity of the deputy who fired the shots and intends to substitute him for the Doe defendant. Plaintiff does not wish to delay amending once the deputy's identity is known. At the same time, the Parties wish to avoid the confusion and potential inefficiency of amending while the motion to dismiss remains under submission, because the Court's ruling may affect the pleadings.

5.      To address both concerns, the Parties agree, and respectfully request that the Court approve, the following: Plaintiff may file a First Amended Complaint substituting the newly identified deputy for the Doe defendant, and Plaintiff shall file that amended complaint within fourteen (14) days after the Court issues its ruling on the County's pending motion to dismiss (ECF No. 15).

6.      This stipulation is limited to the substitution described above and does not affect the issues raised in the pending motion to dismiss. The County reserves all rights, defenses, and responses to the First Amended Complaint, including any motion directed at the amended pleading.

Dated: July 14, 2026        **LAW OFFICES OF DALE K. GALIPO**

By:    /s/   *Cooper Alison-Mayne*
       Dale K. Galipo
       Cooper Alison-Mayne[1]

       *Attorneys for Plaintiff*

Dated: July 14, 2026        **LYNBERG & WATKINS, APC**

By:    /s/   *Amy R. Margolies*
       Amy R. Margolies
       Shannon L. Gustafson

       *Attorneys for Defendant County of Orange*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3