# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRITANY TRANCKINO, by and through her Guardian ad Litem, TRACY COLE,

　　　　　Plaintiff,

　　vs.

COUNTY OF ORANGE and DOE 1,

　　　　　Defendants.

Case No.: 8:26-cv-00509-JWH-JDE

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation to Allow Plaintiffs to Amend the Complaint to Name Individual Officer in Place of Doe Defendant, and good cause appearing, the Court ORDERS as follows:

1. Plaintiff may file a First Amended Complaint substituting the newly identified deputy for the Doe defendant named in the Complaint.
2. Plaintiff shall file the First Amended Complaint within fourteen (14) days after the Court issues its ruling on Defendant County of Orange's pending Motion to Dismiss (ECF No. 15).

IT IS SO ORDERED.

DATED:                    By: _____
                                Honorable John W. Holcomb
                                United States District Judge